UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION,**<br><br>　　Plaintiff,<br><br>　vs.<br><br>**ROTONDA R. LLOPIS AND GERALD LLOPIS,**<br><br>　　Defendants. | Case No.: 15-cv-5182 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

　　The Court has reviewed Magistrate Judge Laporte's Report and Recommendation recommending remand of this action to the Solano County Superior Court because this Court lacks subject matter jurisdiction over this unlawful detainer action. (Dkt. No. 6.) No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

　　Accordingly, and for the reasons set forth in the Report, the above-captioned action is **REMANDED** to the Solano County Superior Court.

　　This Order terminates Case Number 15-cv-5182.

　　**IT IS SO ORDERED.**

Date: December 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**